| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LAUREL J. MONTOYA |
| | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00064 AWI |
| Plaintiff, | STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER |
| v. | |
| MICHAEL D. HANKINS, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for dispositional hearing on April 29, 2013 at 10:00 a.m.

2. By this stipulation, parties now move to continue the dispositional hearing to June 10, 2013 at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court find that additional time is needed for the preparation of the dispositional report. The parties need further time in order to prepare for the hearing once the report has been prepared. Circumstances beyond the control of the parties necessitate this request.

///

///

Stipulation and Order

1

1     IT IS SO STIPULATED.

2 DATED: April 25, 2013     /s/ Laurel J. Montoya
                                      LAUREL J. MONTOYA
3                                             Assistant United States Attorney

4 DATED: April 25, 2013     /s/ Jeremy Kroger
                                        JEREMY KROGER
5                                             Attorney for Defendant

O R D E R

Date: June 7, 2013

                                        _/s/ Anthony W. Ishii_____
                                        HON. ANTHONY W. ISHII
                                        UNITED STATES DISTRICT JUDGE